```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

BRIAN HILL,                        )
                                   )
          Plaintiff,               )
                                   )
     v.                            )    1:20-CV-00653
                                   )
TOWN OF MOCKSVILLE, NORTH          )
CAROLINA, PATRICK REAGAN, in       )
his official and individual        )
capacities, and MATT               )
SETTLEMYER in his official and     )
individual capacities,             )
                                   )
          Defendants.              )

## JUDGMENT

For the reasons set out in the Memorandum Opinion and Order entered contemporaneously with this Judgment,

IT IS ORDERED AND ADJUDGED that the Defendants' motion for summary judgment is GRANTED, and this action is DISMISSED WITH PREJUDICE.

                                                      /s/   Thomas D. Schroeder
                                         United States District Judge

December 17, 2021